# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JESSE M. CUNNINGHAM, III,

    Plaintiff,

v.                                             Case No. 23-CV-291

OFFICER ROWLEY, *et al.*,

    Defendants.

## ORDER

On March 21, 2024, plaintiff Jesse M. Cunningham, III, who is incarcerated and representing himself, filed a letter requesting the court assist him in making the defendants provide the discovery he needs to respond to their motion for summary judgment. (ECF No. 21.) The court will construe this as a motion to compel. On March 26, 2024, the defendants filed a letter in response, noting that to the extent the court considers Cunningham's letter a motion to compel, they have not received any discovery requests from Cunningham. The defendants also noted that discovery closed on February 7, 2024. (ECF No. 22.)

In the scheduling order dated September 7, 2024, (ECF No. 13), and in the guide provided to Cunningham at screening, the court outlined the process Cunningham would need to use to conduct discovery. The fact that Cunningham failed to follow this process does not warrant the court ordering the defendants to

provide information to Cunningham that Cunningham may need to respond to the defendants' motion for summary judgment. The court denies Cunningham's motion.

**IT IS HEREBY THEREFORE ORDERED** that Cunningham's motion to compel (ECF No. 21) is **DENIED**.

Dated at Milwaukee, Wisconsin this 20th day of May, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge